| | | |
|---|---|---|
| **DANIEL PATE (DEACON)** | ) | **CASE NO:** |
| | ) | |
| **AND** | ) | |
| | ) | |
| **RICK MILLER (PASTOR)** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| **MIKE FRALEY, SHERIFF,** | ) | |
| C/O: | ) | |
| CARTER COUNTY SHERIFF DEPARTMENT | ) | |
| 900 E. ELK AVE | ) | |
| ELIZABETHTON, TN 37643 | ) | |
| In his official and individual capacities, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **SEAN JOHNSON, CHIEF DEPUTY,** | ) | |
| C/O: | ) | |
| CARTER COUNTY SHERIFF DEPARTMENT | ) | |
| 900 E. ELK AVE | ) | |
| ELIZABETHTON, TN 37643 | ) | |
| In his official and individual capacities, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **DERRICK HAMM, PATROL CAPTAIN** | ) | |
| C/O: | ) | |
| CARTER COUNTY SHERIFF DEPARTMENT | ) | |
| 900 E. ELK AVE | ) | |
| ELIZABETHTON, TN 37643 | ) | |

1

| | |
|---|---|
| In his official and individual capacities, | ) |
| | ) |
| And | ) |
| | ) |
| LIEUTENANT PEAK, | ) |
| C/O: | ) |
| CARTER COUNTY SHERIFF DEPARTMENT | ) |
| 900 E. ELK AVE | ) |
| ELIZABETHTON, TN 37643 | ) |
| In his official and individual capacities, | ) |
| | ) |
| And | ) |
| | ) |
| CAPTAIN DAN KNEASKERN, | ) |
| CHIEF INVESTIGATOR | ) |
| C/O: | ) |
| CARTER COUNTY SHERIFF DEPARTMENT | ) |
| 900 E. ELK AVE | ) |
| ELIZABETHTON, TN 37643 | ) |
| In his official and individual capacities, | ) |
| | ) |
| And | ) |
| | ) |
| DOE 1 (ROAD OFFICER) | ) |
| C/O: | ) |
| CARTER COUNTY SHERIFF DEPARTMENT | ) |
| 900 E. ELK AVE | ) |
| ELIZABETHTON, TN 37643 | ) |
| In his official and individual capacities, | ) |
| | ) |
| And | ) |
| | ) |
| COUNTY OF CARTER, TENNESSEE | ) |
| C/O: | ) |
| CARTER COUNTY SHERIFF DEPARTMENT | ) |
| 900 E. ELK AVE | ) |
| ELIZABETHTON, TN 37643 | ) |
|      Defendants, | ) |

# COMPLAINT AND JURY DEMAND

Plaintiff Daniel Pate ("Deacon") and Rick Miller ("Pastor") representing Old Horseshoe Freewill Baptist Church, for their Complaint against Defendants, Sheriff Mike Fraley of Carter County, Chief Deputy Sean Johnson, Patrol Captain Derrick Hamm, Lieutenant Peak, Chief Investigator Captain Dan Kneaskern, and Doe 1 (Road Deputy). State as follows:

## I. PRELIMINARY STATEMENT

**1.** This is a civil rights action arising out of events which took place on or about the premises of Old Horseshoe Freewill Baptist Church on Sunday, September 22nd, 2024. Specifically, Deacon, Daniel Pate, Pastor Rick Miller and the current church members allege that they suffered a violation of their civil liberties and civil rights when the Carter County Sheriff's officers showed up, stating they came in to be on standby, entered the Old Horseshoe Freewill Baptist Church premises without a warrant and no court order or documentation to show the legitimacy for the purpose of being there and in furtherance of a conspiracy against Daniel Pate, Rick Miller and other church members.

**2.** The sole purpose of the conspiracy was to force a vote to terminate the church's Pastor and Deacon, in their role as spiritual leaders of the church, and church members who were occupying Old Horseshoe Freewill Baptist Church as their home church. In an attempt to further that purpose, Defendants: **(1)** deprived Deacon Daniel Pate and Pastor Rick Miller of their liberty without due process of law; **(2)** interfered with Deacon Daniel Pate and Pastor Rick Miller's rights to the

3

free exercise of their religion.

3. At the same time and by the same means, Defendants violated the rights of members of Old Horseshoe Freewill Baptist Church to freely exercise their religion by commandeering and disrupting the regular scheduled prayer service of September 22nd, 2024.

4. Deacon Daniel Pate, Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, bring this action pursuant to 42 U.S.C. 1983 to redress denials of free exercise of religion, freedom from unreasonable searches and seizures, and due process of law. Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, bring this action pursuant to the common law of the state of Tennessee to be free and practice their religion. Tennessee Constitution Article 1, section 3, and T.C.A. 4-1-107 (Religious Freedom Restoration Act)

5. Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, respectively, seek compensatory damages for the economic and non-economic injuries they suffered and continue to suffer as a proximate result of Defendants' unconstitutional and tortious actions, punitive damages, and an award for plaintiff's costs and reasonable attorney's fees in prosecuting this action.

## II. JURISDICTION AND VENUE

6. This Court has jurisdiction over the federal claims in this matter pursuant to 28 U.S.C. §1331 and 18 U.S.C.§ 247. The Court may assume supplemental jurisdiction over the state law claims of Deacon Daniel Pate and Pastor Rick Miller,

representing Old Horseshoe Freewill Baptist Church, pursuant to 28 U.S.C. §1367, because these claims derive from the same nucleus of operative facts as their federal claims.

7. Venue with this Court is appropriate because the actions complained of herein occurred in the United States Eastern District of Tennessee.

### III. PARTIES

8. Plaintiff, Pastor Rick Miller, is a United States citizen and a resident of Carter County, Tennessee. Representing Old Horseshoe Freewill Baptist Church, which operates a religious congregation in Elizabethton, Tennessee.

9. Plaintiff, Deacon Daniel Pate, is a United States citizen and a resident of Carter County, Tennessee. Daniel Pate represents Old Horseshoe Freewill Baptist Church, which operates a religious congregation in Elizabethton, Tennessee.

10. Defendant, Sheriff, Mike Fraley, is and was, at all times pertinent hereto, the duly elected and acting Sheriff of Carter County, City of Elizabethton. Sheriff Mike Fraley is sued in his official and individual capacities.

11. Defendant, Chief Deputy, Sean Johnson, is and was, at all times pertinent hereto, the duly appointed and acting Chief Deputy of Carter County, City of Elizabethton, a Sheriff Deputy employed by and under the supervision of the Carter County Sheriff's Department. Chief Deputy Sean Johnson is sued in his official and individual capacities.

12. Defendant, Chief Investigator Captain, Dan Kneaskern, is and was, at all times pertinent hereto, the duly appointed and acting Chief Investigator Captain,

5

Dan Kneaskern of Carter County, City of Elizabethton, a Sheriff Deputy employed by and under the supervision of the Carter County Sheriff's Department. Chief Investigator Captain Dan Kneaskern is sued in his official and individual capacities.

13. Defendant, Patrol Captain, Derrick Hamm, is and was, at all times pertinent hereto, the duly appointed and acting Patrol Captain of Carter County, City of Elizabethton, a Sheriff Deputy employed by and under the supervision of the Carter County Sheriff's Department. Patrol Captain Derrick Hamm is sued in official and individual capacities.

14. Defendant, Lieutenant, Peak, is and was, at all times pertinent hereto, the duly appointed and acting Lieutenant of Carter County, City of Elizabethton, a Sheriff Deputy employed by and under the supervision of the Carter County Sheriff's Department. Lieutenant Peak is sued in official and individual capacities.

15. Defendant Doe 1 (Road Officer) is and was, at all times pertinent hereto, the duly appointed and acting Road Deputy of Carter County, City of Elizabethton, a Sheriff Deputy employed by and under the supervision of the Carter County Sheriff's Department. Doe 1 (Road Officer) is sued in official and individual capacities.

16. Defendant, County of Carter, is and was at all times pertinent hereto, the duly elected and acting body of Carter County, City of Elizabethton. The County of Carter is sued in its official capacities.

## IV. STATEMENT OF THE CASE

17. On Sunday, September 22nd, 2024, Old Horseshoe Freewill Baptist Church was

and is located at 728 Wilbur Dam Road. Elizabethton TN. At approximately 10:25 a.m., three Deputies from the Carter County Sheriff's Department pulled up to our church and drove all the way around to the back of the church. The Deputies were Patrol Captain Derrick Hamm, Lieutenant Peak, and a road deputy (Doe 1), whose identity we, the church members, do not know. At approximately 10:27 a.m., another officer arrived and parked in the lower gravel parking lot. The officer's name was Chief Investigator Captain Dan Kneaskern.

**18.** Deacon Daniel Pate went to speak with Chief Investigator Captain Dan Kneaskern and the other Deputies. Chief Investigator, Captain Dan Kneaskern, informed Daniel Pate that he was there at the request of a group of people who had previously resigned from the church. The former Pastor left his position at the church three months prior for a better job. The former Pastor left the church keys, church checks, and removed his personal belongings. Deacon Daniel Pate never saw or heard from the former Pastor again. The church voted to have Pastor Rick Miller as their new Pastor. Dan Kneaskern said the former members asked law enforcement to be there because they expected there might be some kind of violence if they showed up to a church they had abandoned with the former pastor. Chief Investigator, Captain Dan Kneaskern, said he would allow those people to come to the "current" church members' church and hold a vote, and if there were more of them than of us, they would vote us out of our church. Chief Investigator, Captain Dan Kneaskern, said he would then remove the current church members from the property. Chief Investigator, Captain Kneaskern, was very clear when he informed Daniel Pate that he had volunteered for this assignment, along with Captain Hamm. The road deputy, Doe 1, said at least two different times that he didn't want to be there, but he was forced to be there by a superior Officer.

7

19. For the next 25 minutes, Deacon Daniel Pate repeatedly told the Deputies that they had no right to be there and that they were violating the church members' First Amendment Rights. Deacon Daniel Pate asked them if they had a warrant, and the Deputies stated that they did not have a warrant. So, after Deacon Daniel Pate heard that, Deacon Daniel Pate told the Deputies that if they didn't have a warrant to be there, then they would have to leave. Chief Investigator, Captain Dan Kneaskern, informed Deacon Daniel Pate that he didn't have to leave the property; they were there on standby. Chief Investigator, Captain Kneaskern, informed the present church members that when we started the 11:00 a.m. service, a group of former church members would be entering our church and were demanding a vote. The deputies were going to force a vote between former church members and the current church members when the matter had already been settled. The Sheriff's Department's actions conflicted with those of Old Horseshoe Freewill Baptist Church when they informed Deacon Daniel Pate that they didn't have a warrant and wouldn't leave, despite being asked by Deacon Daniel Pate and Pastor Rick Miller, who represented Old Horseshoe Freewill Baptist Church, to do so, which went against their Fourth Amendment Rights. Deputies threatened the arrest of Pate, using a tone of voice that conveyed official action.

    - **Deputies were on duty, and were:**
  - ARMED
  - UNIFORMED
  - DRIVING OFFICIAL VEHICLES MARKED AND UNMARKED
  - DETECTIVES
  - HAD FULL AUTHORITY TO ARREST

20. Around 10:55 a.m., Deacon Daniel Pate locked up the church. Deacon Daniel

Pate set the alarm and went to Chief Investigator, Captain Kneaskern, telling him that the church had been locked and the alarm was set. Deacon Daniel Pate told Chief Investigator Captain Kneaskern that, under duress, the present church members were going to leave because they would not allow some armed tyrants to force them to abandon/give up their church. Deacon Daniel Pate told the Officers that they should not touch the church cameras or the electricity at the church, as Deacon Daniel Pate would be monitoring the cameras remotely. The present church members then all got into their vehicles and left. After the present church members left, the deputy stayed until about 11:17 a.m.

**21.** The Present church members were Daniel Pate, Nicole Pate, Rick Miller, Linda Miller, Matt Williams, and Maddie Williams. On Sunday night, September 22, 2024, which was the same Sunday, the present church members did not have church because they were concerned that the former church members, along with the Carter County Sheriff's Department, would return and attempt to take over the Old Horseshoe Freewill Baptist Church again.

**22.** The following Wednesday night, the present church members thought it would be best to cancel church, fearing that the former church members might return later that week. The church then discussed and decided it would be best to change the locks at the church. On Saturday evening, September 28th, 2024, Deacon Daniel Pate and his wife, Nicole Pate, visited Lowe's to purchase new locks. Upon checking out, they were informed that the debit card of the present church members were not working. They informed the other members of the church, and because the present church members felt that something nefarious was going on, they cancelled service for the following Sunday, September 29th, 2024.

**23.** On September 30, 2024, at approximately 7:30 a.m. Deacon Daniel Pate called the number on the back of the church debit card. Deacon Daniel Pate spoke to a woman who informed him that, from what notes were in the computer, the present church members' account had been frozen due to fraud on the account, and that there were notes on the account that the bank would expect the Pastor and Deacon to come down to the bank on Monday morning and they would release the accounts to them.

**24.** Deacon Daniel Pate called Pastor Rick Miller, and they agreed to meet at the bank at 9:00 a.m. Deacon Pate's wife was talking to Maddie Williams on the phone and informed her about the situation with the bank, explaining that Daniel Pate and the Pastor were scheduled to visit the bank at 9:00 a.m. Maddie Williams woke Matt Williams up and told him what was going on at 9:00 a.m. Deacon Matt Williams and Deacon Daniel Pate showed up at the bank along with Pastor Rick Miller. They were there at the bank for about an hour and a half before someone from the bank came and got them.

**25.** The bank representative then took Pastor Rick Miller, Deacon Daniel Pate, and Deacon Matt Williams to an office, where she pulled up the account information for the current church members. Rick Miller (Pastor), Daniel Pate (Deacon), and Matt Williams (Deacon) were then informed that the Sheriff's Department had obtained a subpoena and locked our church's accounts. The bank representative then said she could release the information to the Pastor and the Deacon. Rick Miller and Daniel Pate then stated that we are the Pastor and the Deacon currently for the church. She then asked for IDs so she could verify this information. After reviewing our IDs, she stated that she couldn't release the accounts to Rick Miller (Pastor) and Daniel Pate (Deacon), so they left the bank.

**26.** Later that same day, at approximately 2:20 p.m., Captain Markland and another Deputy arrived at the church. They circled the church and left only to return a couple of minutes later. The second time around the church, they stopped at the back of the church, and both Deputies got out of their vehicles and urinated, then got back in their SUV and left. The current church members had Deputy Vaughn visit the church on October 1, 2014, at approximately 9:30 a.m. An unknown Deputy then arrived at our church later that night, around 8:19 p.m. The Plaintiffs felt like the Deputies were surveilling the church to catch the present church members there so they could throw us out of our church.

**27.** After about two months, our church bank account was released to the Plaintiffs. The bank that Pastor Rick Miller and Deacon Daniel Pate were with at the time was Citizens Bank in Elizabethton, TN. From the Sunday that the four Deputies arrived at Old Horseshoe Freewill Baptist Church until today, no one at the church has been informed that they were under any kind of investigation. The only time anything has been said is when the FOIA request was made and remains unfilled.

**28.** The foregoing acts of the Defendants, and each of them, were taken under the color of state law intentionally, purposely, and maliciously to advance the goals of their conspiracy to deprive Deacon Daniel Pate and Pastor Rick Miller of their employment and leadership positions with the church. In this matter, there was a sufficiently close nexus between the actions of Defendant Mike Fraley, the sheriff, and his deputies that their actions may be reasonably attributed to the actions of the County of Carter, Carter County Sheriff's Department, and the individual named sheriff deputies.

**29.** As a direct and proximate result of the actions of Defendants, Plaintiffs

representing Old Horseshoe Freewill Baptist Church suffered damages to its reputation as a prestigious and respected religious organization and congregation, resulting in significant loss of time as a group worshiping in prayer and service; time was lost worrying about going to worship in fear of being removed and or arrested from their church, all because of the Carter County Sheriff's Department.

## V. CLAIMS FOR RELIEF

### COUNT 1: VIOLATION OF THE FOURTH AMENDMENT
**Unreasonable Search and Seizure**

30. Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate paragraphs 1-29 as if entirely rewritten herein.

31. The aforementioned actions of Defendants Sheriff Mike Fraley, County of Carter, and his named deputies of the Carter County Sheriff's Department, and the search and seizure of Deacon Daniel Pate and Pastor Rick Miller, violated their rights, these rights being secured by the Fourth Amendment of the United States Constitution.

### COUNT 2: DEPRIVATION OF LIBERTY
**Substantive Due Process**

32. Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate 1-31 as if entirely written herein.

12

**33.** The aforementioned actions of Defendants Sheriff Mike Fraley, County of Carter and Chief Deputy Sean Johnson, Patrol Captain Daniel Kneaskern, Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer), who were employed by the Carter County Sheriff's Department, constituted a violation of deprivation of liberty against Deacon Daniel Pate and Pastor Miller's rights to freedom and substantive due process, in violation of the Fourteenth Amendment of the United States Constitution.

## COUNT 3: VIOLATION OF THE FIRST AMENDMENT
### Interference with the Free Exercise of Religion

**34.** Deacon Daniel Pate and Pastor Rick Miller are representing Old Horseshoe Freewill Baptist Church, incorporating paragraphs 1-33 as if entirely rewritten herein.

**35.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies Chief Deputy Sean Johnson, Patrol Captain Daniel Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department constituted a violation of Deacon Pate and Pastor Miller representing Old Horseshoe Freewill Baptist Church's rights to the free exercise of religion secured by the First Amendment of the United States Constitution. (The Establishment Clause and Free Exercise Clause).

## COUNT 4: CIVIL CONSPIRACY
### 42 U.S.C. 1983

**36.** Deacon Daniel Pate and Pastor Rick Miller are representing Old Horseshoe Freewill Baptist Church, incorporating paragraphs 1-35 as if entirely rewritten herein.

**37.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, all acting under the color of state law, conspired together to create a single plan to deprive Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, of their constitutionally protected rights as set forth herein above.

## COUNT 5: CIVIL CONSPIRACY
### Tennessee Common Law

**38.** Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate paragraphs 1-37 as if entirely rewritten herein.

**39.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, constituted a malicious combination of two or more persons injuring Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, person or property, in a way not competent for one alone to Plaintiffs in violation of the common law of the state of Tennessee.

## COUNT 6: RELIGIOUS OBSTRUCTION
### 18 U.S.C. 247 (obstruction of religious worship)

**40.** Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate paragraphs 1-39 as if entirely rewritten herein.

**41.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, constituted a violation of Religious Obstruction 18 U.S.C 247 (obstruction of religious worship) injuring Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church obstructing the Plaintiffs ability to worship.

### COUNT 7: RELIGIOUS OBSTRUCTION
### 42 U.S.C. 200066 (Religious Freedom Restoration Act)

**42.** Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate paragraphs 1-41 as if entirely rewritten herein.

**43.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, constituted a violation of Religious Obstruction injuring Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, person or property, in a way not competent for one alone violating the Plaintiffs of 42 U.S.C 200066, the Religious Freedom Restoration Act.

### COUNT 8: POLICE POLICIES
### Procedures and Policies

**44.** Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, incorporate paragraphs 1-45 as if entirely rewritten herein.

**45.** The aforementioned actions of Defendant Sheriff Mike Fraley, County of Carter and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, constituted a violation of the initial training manual, written and unwritten policies of the Carter County Sheriff's Department.

## PRAYER FOR RELIEF

Wherefore, Plaintiff's Deacon Daniel Pate and Pastor Rick Miller, representing Old Horseshoe Freewill Baptist Church, demand judgment against Defendants. Sheriff Mike Fraley, the County of Carter, and the named deputies, Chief Deputy Sean Johnson, Chief Investigator, Captain Dan Kneaskern, Patrol Captain Derrick Hamm, Lieutenant Peak, and Doe 1 (Road Officer) with the Carter County Sheriff's Department, and each of them, jointly and severally, as follows:

1. A judgment for compensatory damages for their economic and non-economic injuries is an amount to be determined at trial.
2. A judgment for punitive damages against the individual Defendants is an amount to be determined at trial.
3. A judgment for an award of Plaintiff's reasonable attorney fees and costs;
4. A judgment for such other relief in law or in equity that is appropriate under the premises.
5. A judgment for all the above in the amount of three million dollars.

## JURY DEMAND

Plaintiffs demand judgment for all the above in the amount of three million dollars and a jury trial to resolve issues of fact related to their Complaint.

**Respectfully submitted,**

**S/ William H. Bell**

**William H. Bell**
**BPR# 006363**
**102 West McKee St.**
**Greeneville, TN 37743**
**Phone: (423) 639-7730**

**Attorney for Plaintiffs**
**Daniel Pate (Deacon)**
**And**
**Rick Miller (Pastor)**
